IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO.: 7-23-cv-274-D

TIMBRELL NAKIA REVELS

    Plaintiff,

v.

YANKEE FREIGHT SYSTEMS, LLC and
JAMES T. TONEY,

    Defendants

**ORDER AMENDING**
**SCHEDULING ORDER**

IT IS HEREBY ORDERED, for good cause shown, that the case management deadlines set forth in the Court's Scheduling Order (Doc. 28), shall be amended as follows:

1. Reports from retained experts are due by September 3, 2024, and from rebuttal experts by November 12, 2024;

2. All discovery shall be completed by December 16, 2024;

3. All potentially dispositive motions shall be filed by January 20, 2025;

4. The matter will be set for trial by separate order.

5. All other provisions of the original Scheduling Order (Doc. 28) shall not be altered by this Amended Scheduling Order.

SO ORDERED. This the _1_ day of _May_, 2024.

_____
JAMES C. DEVER III
United States District Judge